**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | **CASE NO. 4:08CR277** |
| | ) | |
| **PLAINTIFF** | ) | **JUDGE PETER C. ECONOMUS** |
| | ) | |
| **V.** | ) | |
| | ) | |
| **RICKI HILL,** | ) | **MEMORANDUM OPINION** |
| | ) | **AND ORDER** |
| **DEFENDANT.** | ) | |
| | ) | |

This matter is before the Court upon Magistrate Judge George J. Limbert's Report and Recommendation that the Court ACCEPT Defendant Ricki Hill's ("Defendant") plea of guilty and enter a finding of guilty against Defendant. (Dkt. # 20).

On June 25, 2008, the government filed an Indictment against Defendant. (Dkt. # 1). On October 23, 2008, this Court issued an order assigning this case to Magistrate Judge Limbert for the purpose of receiving Defendant's guilty plea. (Dkt. # 17).

On October 23, 2008, a hearing was held in which Defendant entered a plea of guilty to Counts 1 and 2 of the Indictment, distribution of heroin, in violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(C), and possession with intent to distribute heroin, in violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(A), respectively. Magistrate Judge Limbert received Defendant's guilty plea and issued a Report and Recommendation

("R&R") recommending that this Court accept the plea and enter a finding of guilty. (Dkt. # 20).

Neither party objected to the Magistrate Judge's R&R in the ten days after it was issued.

On *de novo* review of the record, the Magistrate Judge's R&R is adopted. The Defendant was found to be competent to enter a plea. The Defendant understood his constitutional rights. He is aware of the consequences of entering a plea. There is an adequate factual basis for the plea. The Court finds that the plea was entered knowingly, intelligently, and voluntarily. The Defendant's plea of guilty is approved.

Therefore, the Defendant is adjudged guilty of Counts 1 and 2 in violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(A). The sentencing will be held on January 26, 2009, at 10:30 a.m.

**IT IS SO ORDERED**.

**/s/ Peter C. Economus - November 7, 2008**
**PETER C. ECONOMUS**
**UNITED STATES DISTRICT JUDGE**